UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCO UGARELLI,

    Petitioner,

  v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

CASE NO. C11-0943-RSM

REPORT AND RECOMMENDATION

   Petitioner is proceeding pro se. By letter dated June 7, 2011, petitioner was granted 30 days to either pay the $5.00 filing fee, or submit an application to proceed *in forma pauperis* ("IFP"), together with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. No. 3.) Petitioner was advised that failure to respond to the letter by July 7, 2011, could result in dismissal of the case. *Id*. To date, petitioner has neither paid the filing fee nor submitted an application for IFP status. Accordingly, the Court recommends that this action be dismissed without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

//

REPORT AND RECOMMENDATION
PAGE -1

01    A proposed order accompanies this Report and Recommendation.

02    DATED this 12th day of July, 2011.

03

04                                              /s/ Mary Alice Theiler
                                                Mary Alice Theiler
05                                              United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2