UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCO UGARELLI, )
) CASE NO. C11-0943-RSM
Petitioner, )
)
v. ) ORDER OF DISMISSAL
)
ICE FIELD OFFICE DIRECTOR, )
)
Respondent. )
_____ )

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's proposed habeas petition, Dkt. No. 1, is DISMISSED without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Theiler.

DATED this 12th day of August 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1